IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HOWARD SCOTT,

        Plaintiff,                      No. 2:10-cv-1664 WBS KJN P

    vs.

C/O SANCHES, et al.,

        Defendants.           ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Therefore, plaintiff's motion for the appointment of counsel is denied.

////

////

////

1

1      Accordingly, IT IS HEREBY ORDERED that plaintiff's March 23, 2011 motion
2 for the appointment of counsel (Dkt. No. 23) is denied.
3 DATED: March 29, 2011

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

scot1664.31kjn